# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.W, by and through her guardian ad litem, SHAWNKIA WADE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BLYTHE, SCOTT ADAMS, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 15-cv-00970 CAS (SPx)<br>*[Assigned to Judge Christina A. Snyder, Courtroom 8D]*<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>**Complaint Filed:** 11/18/2015<br><br>**Trial Date:** 05/16/17 |

The Court has reviewed and considered the stipulation by and between the parties, through their respective counsel, Christie Bodnar Swiss and Vanessa A. Evangelista , counsel for Defendant City of Blythe; Jerry L. Steering, counsel for Plaintiff E.W., by and through her guardian ad litem, Shawnkia Wade; and Kevin M. Osterberg, counsel for Defendant Scott Adams, that the action be dismissed as to all defendants with prejudice. The U.S. District Court will maintain jurisdiction.

///

1

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL**

The Court makes the following orders:

The Stipulation is granted. The action is dismissed with prejudice. The U.S. District Court will maintain jurisdiction.

**IT IS SO ORDERED.**

DATED: September 25, 2017

*Christina A. Snyder*
U.S. District Judge